ORD FRM (03/04)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **Case No. CR-06-137-KI** |
| v. | ) ) | **REQUEST TO RELEASE INFORMATION** |
| Merlin Waterman | ) ) | |
| _____Defendant(s)_____ | ) ) | |

IT IS HEREBY ORDERED THAT the U.S. Pretrial Services Office is authorized to release the following information to Multnomah County Judge Maureen McKnight:

Outpatient mental health records from LifeWorks, NW, including diagnosis and medications; compliance records with U.S. Pretrial Services supervision.

IT IS SO ORDERED THIS _____12th_____ day of ___Feb.___ , 2008.

_____
**Garr M. King**
**U.S. District Judge**

**Submitted by U.S. Pretrial Services**